UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SIMON L. SAMPSON,<br><br>        Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>        Defendant. | No. CV-05-3103-FVS<br><br>ORDER |

**THIS MATTER** having come before the Court based upon the parties' stipulated motion for a protective order; Now, therefore

**IT IS HEREBY ORDERED:**

The parties stipulated motion for a protective order (Ct. Rec. 19) is granted.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this order and furnish copies to counsel.

**DATED** this  25th    day of January, 2007.

                                      s/ Fred Van Sickle
                                       Fred Van Sickle
                              United States District Judge

ORDER- 1