(Terry P. Abeyta)
Abeyta Nelson P.C.
1102 West Yakima Avenue
Yakima, WA 98902-3029
(509) 575-1588

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

SIMON L. SAMPSON, as Personal Representative, of the Estate of RICKY O. SAMPSON,

    Plaintiff,

vs.

UNITED STATES OF AMERICA,

    Defendant.

NO. CV-05-3103-FVS

ORDER SUBSTITUTING TAMARA S. SAMPSON AND CRAIG L. SMITH, AS CO-PERSONAL REPRESENTATIVES OF THE ESTATE OF RICKY O. SAMPSON

## ORDER

Based upon the foregoing Stipulation, IT IS ORDERED that Tamara S. Sampson and Craig L. Smith, are substituted as Co-personal Representatives of the Estate of Ricky O. Sampson.

This substitution is made as a procedural matter without prejudice to any arguments and/or defenses the defendant had at the time this substitution was made and is based upon the agreements set forth in the Stipulation.

DONE IN OPEN COURT: February 16th, 2007.

                                  s/ Fred Van Sickle
                                  FRED VAN SICKLE
                            UNITED STATES DISTRICT JUDGE